UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, CALVIN ZASTROW,
D2, CHESTER GALLAGHER,
D3, HEATHER IDONI,
D5, JOEL CURRY,
D6, JUSTIN PHILLIPS,
D7, EVA EDL, AND
D8, EVA ZASTROW,

    Defendants.

Case No. 23-cv-20100
Hon. Matthew F. Leitman

_____/

## ORDER SETTING ADDITIONAL DEADLINE AND PROCEDURES

The Court has previously entered order setting deadlines and procedures in this case. The Court adds to its earlier orders as follows:

    1.    The Government may refer to the complaining witnesses in this case as "victims" during its closing and rebuttal arguments but not at any other points during the trial.

    2.    With respect any testimony that the Government may seek to admit under Rule 404(b) of the Federal Rules of Evidence, by not later than **April 26, 2024**,

1

the Government shall file on the docket a notice (or notices) conforming to Rule 404((b)(3) of the Federal Rules of Evidence. If any Defendant objects to the proposed testimony, that Defendant shall file a motion in limine to exclude the testimony by the deadline previously set by the Court for the filing of motions in limine (**May 10, 2024**).

3. Any party wishing to propose voir dire questions for the Court to ask potential jurors during individual voir dire shall file a written notice on the docket outlining those questions by not later than **May 15, 2024**. The Court has previously ordered the parties to submit proposed questions for inclusion on a jury questionnaire. The proposed voir dire questions are separate from the questions to be proposed for the questionnaire.

4. The Government shall produce to Defendants all materials covered by the Jencks Act by not later than **April 15, 2024**.

5. With respect any evidence that the Government may seek to admit as self-authenticating under Rule 902 of the Federal Rules of Evidence, by not later than **April 26, 2024**, the Government shall file a notice on the docket identifying the evidence and the specific provision of Rule 902 that, according to the Government, makes the evidence self-authenticating. If any Defendant objects that the evidence does not satisfy the cited provision of Rule 902, that Defendant shall file a motion

in limine stating his/her position by the deadline previously set by the Court for the filing of motions in limine (**May 10, 2024**).

6. The Court will hear argument on all motions in limine on **July 8, 2024, at 9:30 a.m.**

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: April 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126