UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

D1, CALVIN ZASTROW,
D2, CHESTER GALLAGHER,
D3, HEATHER IDONI,
D5, JOEL CURRY,
D6, JUSTIN PHILLIPS,
D7, EVA EDL, AND
D8, EVA ZASTROW,

       Defendants.
_____/

Case No. 23-cr-20100
Hon. Matthew F. Leitman

## ORDER SETTING FORTH OMNIBUS CONDITIONS OF RELEASE

On September 28, 2023, the Court held a hearing on the Government's Motion for Clarification or Modification of Conditions of Pretrial Release. (ECF No. 118, PageID.455). On March 20, 2024, the Court held another hearing regarding the Government's motion and directed the Government to submit an "omnibus bond order" that would set forth uniform conditions of release that would apply to all the defendants as discussed during the September 28, 2023, and March 20, 2024, hearings.

1

Accordingly, pursuant to 18 U.S.C. § 3142(c)(3), **IT IS HEREBY ORDERED** that each defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(3) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(4) The defendant must sign an Appearance Bond, if ordered.

(5) The defendant must report, as directed, to the Pretrial Services Agency.

(6) The defendant must report all police contact to Pretrial Services within 48 hours.

(7) The defendant must avoid all contact, directly or indirectly, with any witnesses identified on the Government's Witness List, including, but not limited to, Caroline Davis, Renee Chelian, and Katria Terrell.

(8) The defendant must not appear within 100 feet of the entrances and/or parking lots of any reproductive health facility owned by Renee Chelian.

(9) The defendants shall be permitted to travel both domestically and internationally without restriction and shall be entitled to the return of their passports if their passports have been surrendered in connection with this case.

Based on the entire record, this Order supersedes all prior orders relating to the defendants' conditions of release.

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: April 4, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 4, 2024, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126