UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, CALVIN ZASTROW,
D2, CHESTER GALLAGHER,
D3, HEATHER IDONI,
D5, JOEL CURRY,
D6, JUSTIN PHILLIPS,
D7, EVA EDL, AND
D8, EVA ZASTROW,

    Defendants.

Case No. 23-cv-20100
Hon. Matthew F. Leitman

_____/

## ORDER DIRECTING ATTORNEY ROBERT DUNN (FOR SECOND TIME) TO ASSIST DEFENDANT JOEL CURRY IN SUBMITTING FINANCIAL AFFIDAVIT

Attorney Robert Dunn represents Defendant Joel Curry in this case. The Government previously filed a motion raising concerns about whether there is an actual and/or potential conflict(s) of interest in Dunn's representation of Curry. In response to that motion, the Court decided to appoint independent counsel for Curry to advise Curry about the conflict issues. The Court cannot make that appointment unless Curry qualifies for the appointment of counsel under the Criminal Justice Act. For that reason, on March 26, 2024, the Court entered an order directing

1

attorney Dunn to assist Curry in submitting a financial affidavit form. (*See* ECF No. 175, PageID.816-17.)  The Court ordered that Dunn help Curry submit the affidavit by April 5, 2024. (*See id.*)  Curry and Dunn failed to do so.  The Court again orders Dunn to assist Curry in submitting the affidavit of financial condition.  Curry and Dunn shall submit that affidavit to Holly Ryan, the Court's case manager, by not later than **April 16, 2024**.  Their failure to do so may result in the Court precluding Dunn from representing Curry in this case.

    **IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  April 9, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 9, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126