UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 23-cr-20100
                                                            Hon. Matthew F. Leitman

v.

D-1    CALVIN ZASTROW,
D-2    CHESTER GALLAGHER,
D-3    HEATHER IDONI,
D-5    JOEL CURRY,
D-6    JUSTIN PHILLIPS,
D-7    EVA EDL, and
D-8    EVA ZASTROW,

    Defendants.
_____/

## ORDER ALLOWING THE GOVERNMENT TO FILE REPLY BRIEF EXCEEDING SEVEN PAGES

Upon motion of the Government to expand the page limit for its brief in support of its response to the Defendant Calvin Zastrow's Response to the Government's Omnibus Motion in Limine, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the page limit for the Government's reply brief in support of its response to the Defendant Calvin Zastrow's Response to the Government's Omnibus Motion in Limine be explanded from 7 pages to 16 pages.

**IT IS SO ORDERED**.

                                                       s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated:  May 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 30, 2024, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126