UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, CALVIN ZASTROW,
D2, CHESTER GALLAGHER,
D3, HEATHER IDONI,
D5, JOEL CURRY,
D6, JUSTIN PHILLIPS,
D7, EVA EDL, AND
D8, EVA ZASTROW,

    Defendants.
_____/

Case No. 23-cr-20100
Hon. Matthew F. Leitman

## **ORDER SETTING SCHEDULE FOR MOTIONS AND BRIEFING**

On August 20, 2024, a jury convicted all Defendants in this case as charged. The Court understands that all Defendants intend to (1) file and/or renew motions for judgment of acquittal under Rule 29 of the Federal Rules of Criminal Procedure, (2) file a motion for new trial under Rule 33 of the Federal Rules of Criminal Procedure, (3) file and/or renew motions for mistrial, (4) file and/or renew other motions, and/or (5) file supplemental briefing in connection with motions that the Court has previously taken under advisement. The Court is familiar with some of the issues that Defendants intend to raise, and the Court recognizes the complexity of those issues. Given that complexity, the Court believes that the issues are best

addressed after a complete trial transcript has been prepared. That will permit the Court to evaluate the parties' arguments against a full and accurate record. It will take time for the court reporter to prepare the transcripts and for the parties to research, prepare, and draft their submissions. Accordingly, the Court finds good cause to extend the time deadlines in the Federal Rules of Criminal Procedure for the filing/renewal of a motion under Rule 29 and for the filing of a motion under Rule 33. The Court likewise finds good cause to extend the time period under the Federal Rules of Criminal Procedure for the filing of any other motions that may properly be filed post-verdict. The Court adopts the following schedule:

- Defendants shall file an omnibus motion and supporting brief seeking relief available under the Federal Rules of Criminal Procedure or otherwise by no later than sixty (60) days after the final trial transcript is filed on the docket. This omnibus filing shall include arguments supporting motions the Court has already taken under advisement, if the Defendants wish to present additional argument on those motions.

- The Government shall file an omnibus response to the Defendants' filing no later than sixty (60) days after Defendants make their filing.

- Defendants may file an omnibus reply no later than twenty-one (21) days after the Government files its response.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 20, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
