UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

D1, CALVIN ZASTROW,
D2, CHESTER GALLAGHER,
D3, HEATHER IDONI,
D5, JOEL CURRY,
D6, JUSTIN PHILLIPS,
D7, EVA EDL, AND
D8, EVA ZASTROW,

       Defendants.
_____/

Case No. 23-cv-20100
Hon. Matthew F. Leitman

## ORDER TEMPORARILY STAYING BRIEFING ON POST-TRIAL MOTIONS

On Augst 20, 2024, the Court entered an order setting a briefing schedule on post-trial motions that the Defendants wish to file. (*See* Order, ECF No. 364.)  On November 18, 2024, the Court conducted an on-the-record status conference with counsel for all Defendants (and stand-by counsel for Defendants Idoni and Gallagher) to discuss that schedule.  For the reasons stated on the record during the conference, **IT IS HEREBY ORDERED** that all briefing on post-trial motions is **STAYED** until further order of the Court.  Likewise, until further order of the Court,

1

counsel appointed under the Criminal Justice Act shall not incur fees or costs associated with the preparation and filing of the post-trial motions.

As further discussed on the record, the Court will conduct another status conference during the week of March 24, 2025, to receive a report from the Government trial team as to whether there has been any change in the Government's position with respect to the continuation of this case and/or with respect to the positions expected to be advanced by the Defendants in their post-trial motions. If the Government trial teams finds itself able to provide such a report before the week of March 24, 2025, the Government trial team may inform the Court, and the Court will work to schedule the status conference to be held before the week of March 24, 2025.

At the next status conference, the Court will address reinstating the briefing schedule on the post-trial motions. In the event that the Court reinstates the briefing schedule on the post-trial motions, the parties shall have 45 days (rather than the originally-allotted 60 days) to prepare and file the motions.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2024, by electronic means and/or ordinary mail.

                                       s/Holly A. Ryan
                                       Case Manager
                                       (313) 234-5126